# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1108**                                           **September Term, 2024**

LABR-06/20/23 Order
LABR-02/27/25 Order
LABR-03/26/25 Notice

**Filed On: April 16, 2025** [2111380]

Lucero Pool Plaster, Inc.,

        Petitioner

    v.

Secretary of the United States Department
of Labor,

        Respondent

## **N O T I C E**

This case was docketed on April 1, 2025. The Department of Labor (except OSHA) is hereby notified that the attached is a true copy of the petition for review, which was filed on April 1, 2025, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                                          **FOR THE COURT:**
                                                          Clifton B. Cislak, Clerk

                               BY:     /s/
                                                           Emily K. Campbell
                                                           Deputy Clerk

Attachment:
        Certified Copy of Petition for Review