# UNITED STATES COURT OF APPEALS
# FOR THE D.C. CIRCUIT

| | | |
|---|---|---|
| LUCERO POOL PLASTER, INC. | § § § § § § § § § § § § § § § | |
| *Petitioner.* | | |
| v. | | No. 25-1108 |
| SECRETARY OF THE UNITED STATES DEPARTMENT OF LABOR, | | |
| *Respondent.* | | |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

In accordance with the Court's Order of April 16, 2025, Petitioner Lucero Pool Plaster, Inc. submits this Certificate as to Parties, Rulings, and Related Cases.

**Parties:**

Petitioner Lucero Pool Plaster is an Illinois corporation organized in 2008. There is no parent corporation. Stockholders are Hector Guzman and Carlos Lucero.

Respondent is the Secretary of the United States Department of Labor.

**Rulings Under Review:**

On February 27, 2025, the Administrative Review Board (ARB) of the U. S. Department of Labor issued a Decision and Order finding that Petitioner (1) violated the Immigration and Naturalization Act (INA), the Workforce Innovation and

Petitioner's Certificate as to Parties, Rulings, and Related Cases — Page 1

Opportunity Act, and H-2B regulations' prohibition against giving preferential treatment to H-2B workers by failing to advertise the availability of housing to U.S. workers, but did not violate the INA or H-2B regulations by failing to advertise the potential availability of higher-paying union work; (2) affirms the ALJ's findings on all remaining violations; (3) orders Respondent to pay CMPs for giving H-2B workers preferential treatment by failing to advertise housing to U.S. workers; (4) vacates and modifies the ALJ's order of CMPs for the failure to pay the correct wages and for all hours worked; (5) vacates and modifies the CMPs owed for placing workers outside the area of intended employment; and (6) vacates the ALJ's order of a one-year debarment and orders that Petitioner be debarred for three years. The Decision and Order found that Lucero is liable for $301,448.06 in back wages for 2016 and 2017, and 379,691.61 in Civil Money Penalties. A copy of the ARB's Decision and Order is being provided to the Court concurrently with this filing.

**Related Cases:**

None.

The undersigned counsel certifies that the above information is true and correct.

Respectfully submitted,

/s/ *Michael Northrup*
Michael Northrup
DC Bar No. 66100
Tx. Bar No. 15103250
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, Texas 75202
214.672.2000
214.572.2020 (fax)
mnorthrup@cowlesthompson.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 16th day of May 2025, a true and correct copy of this motion has been forwarded to Respondent's counsel shown below via the Court's e-service system.

/s/*Michael Northrup*
Michael Northrup

Jennifer Stocker
Stocker.Jennifer.L@dol.gov
Jennifer Huggins
Huggins.Jennifer.L@dol.gov
Rachel Goldberg
Goldberg.rachel@dol.gov
U.S. Department of Labor, Office of the Solicitor
200 Constitution Avenue NW, Room N-2716
Washington, DC 20210